761 A.2d 533

IN THE MATTER OF MICHAEL T. BARRETT,
AN ATTORNEY AT LAW.

November 16, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **MICHAEL T. BARRETT of SKILL-MAN,** who was admitted to the bar of this State in 1974, should be reprimanded for violating *RPC* 1.15(a) (negligent misappropriation of client funds), *RPC* 1.15(d) and *R.* 1:21–6 (recordkeeping deficiencies), and *RPC* 5.3(b) (failure to supervise nonlawyer employee), and good cause appearing;

It is ORDERED that **MICHAEL T. BARRETT** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.